[No. 32896-4-I.   Division One.   August 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER SOJAN MUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01261-2, Thomas J. Wynne, J., entered June 1, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 34015-8-I.   Division One.   August 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ESPERANZA CARRIZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04519-9, Leroy McCullough, J., entered January 11, 1994. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse, J., and Scholfield, J. Pro Tem.

[No. 34380-7-I.   Division One.   August 28, 1995.]

HOWARD A. PELLETT, ET AL., *Appellants*, v. SKAGIT COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-00650-3, George McIntosh, J., entered March 10, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse, J., and Pekelis, J. Pro Tem.